UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARRIET PAYNE, CHARLES PAYNE, JR. CAVIN PAYNE, STEPHANIE PAYNE, BETTY MORRISON, KIZZ GOINS, KATANIA DEARBORNE, and ROBERT PAYNE,<br>Plaintiffs | § § § § § § § § | |
| v. | § § | Civil action no.: 4:23-cv-04686 |
| CITY OF HOUSTON, TEXAS and CHRISTOPHER CABRERA<br>Defendants | § § § § | |

## DEFENDANT CITY OF HOUSTON'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

1. Defendant City of Houston hereby appeals to the United States Court of Appeals for the Fifth Circuit from the trial court's March 19, 2024, denying its Rule 12(b)(6) Motion to Dismiss Plaintiffs' claims brought pursuant to the Texas Tort Claims Act claims. *See* Tex. Civ. Prac. & Rem. Code § 51.014. Because the interlocutory order denies Houston governmental immunity from suit under state law, it is treated as final for purposes of appellate jurisdiction under the collateral-order doctrine. *Rhodes v. City of Arlington*, 215 F. App'x 329 (5th Cir. 2007). This appeal stays all proceedings in the trial court pending resolution of the appeal. Tex. Civ. Prac. & Rem. Code § 51.014(b).

1

2. Houston seeks permissive appeal under 28 U.S.C.S. § 1292(b) regarding the denial of Houston's Rule 12(b)(6) Motion to Dismiss Plaintiffs' federal claims. The issue of *Monell* liability is intertwined with the issues on appeal and based on the understanding that early resolution of the jurisdictional issue significantly determines the future course of litigation and materially advances time-efficient dispute resolution. *See* e.g. *Bertulli v. Indep. Ass'n of Cont'l Pilots*, 242 F.3d 290 (5th Cir. 2001).

Respectfully submitted,

**ARTURO G. MICHEL**
**City Attorney**

Date: April 8, 2024     By:     */s/ Christy L. Martin*
**Christy L. Martin**
Chief, Torts/Civil Rights
ATTORNEY IN CHARGE
SBN: 24041336
FBN: 754168
832.393.6438
christy.martin@houstontx.gov
CITY OF HOUSTON LEGAL DEPARTMENT
900 Bagby, 4th Floor
Houston, Texas 77002
832.393.6259 Facsimile

***Attorneys for Defendants***

# CERTIFICATE OF SERVICE

I hereby certify that pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing was filed via CM/ECF and served via electronic filing manager to the following:

Via E-serve to: paul@bencrump.com
aaron@bencrump.com
cevens@mccathernlaw.com
sbergren@mccathernlaw.com

Paul A. Grinke
Texas Bar No. 24032255
Aaron Dekle
Texas Bar No. 24100961
**Ben Crump Law, PLLC**
5 Cowboys Way, Suite 300
Frisco, Texas 75034

And

Carl Evans
Texas Bar No. 24056989
Stephen M. Bergen
Texas Bar No. 24134428
**McCathern, PLLC**
3710 Rawlins St., Suite 1600
Dallas, Texas 75219

> */s/ Christy L. Martin*
> CHRISTY L. MARTIN