United States Courts
Southern District of Texas
FILED
April 25, 2025
Nathan Ochsner, Clerk of Court

United States Court of Appeals
for the Fifth Circuit

Certified as a true copy and issued
as the mandate on Apr 25, 2025

Attest:
Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 3, 2025
Lyle W. Cayce
Clerk

No. 24-20150

HARRIET PAYNE; CHARLES PAYNE, JR.; CAVIN PAYNE;
STEPHANIE PAYNE; BETTY MORRISON; KIZZ GOINS; KATANIA
DEARBORNE; ROBERT PAYNE,

*Plaintiffs—Appellees*,

*versus*

CITY OF HOUSTON, TEXAS,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-4686

---

Before GRAVES, HIGGINSON, and WILSON, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 25, 2025

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 24-20150    Payne v. City of Houston, Texas
                      USDC No. 4:23-CV-4686

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa V. Mattingly, Deputy Clerk
                              504-310-7719

cc:
    Mr. Paul Ashley Grinke
    Ms. Christy Lynn Martin
    Mr. James Eamonn Sherry