United States District Court
Southern District of Texas
**ENTERED**
April 29, 2025
Nathan Ochsner, Clerk

Harriet Payne et al.,
    Plaintiffs,

vs.                                 C.A. No. H-23-4686

City of Houston, Texas, et al.,
    Defendants.

## AMENDED RULE 16 SCHEDULING ORDER

The following schedule shall be followed. All communications concerning the case shall be directed in writing to Joseph Wells, Case Manager for United States District Judge David Hittner, P.O. Box 61010, Houston, TX 77208.

1. Passed — NEW PARTIES shall be joined, with leave of court, by this date. The attorney causing such joinder shall provide copies of this ORDER to the new parties.

2. May 27, 2025 — PLAINTIFF shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be filed within 60 days of the designation.

B. June 17, 2024 — DEFENDANT shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be filed within 60 days of the designation.

3. Passed — AMENDMENTS to pleadings, **with** leave of court, shall be made by this date.

4. September 5, 2025 — DISCOVERY shall be completed by this date.

5. September 26, 2025 — MOTION CUT-OFF. No motion, including motions to exclude or limit expert testimony under Fed. R. Evid. 702, shall be filed after this date except for good cause shown. See LR 7.

6. October 31, 2025 — The JOINT PRETRIAL ORDER shall be filed on or before this date notwithstanding that a motion for continuance may be pending. Parties shall exchange all trial exhibits on or before this date notwithstanding that a motion for continuance may be pending. NO LATE EXCHANGES OF EXHIBITS WILL BE PERMITTED. All motions in limine shall be submitted with the pretrial order. Failure to file timely a joint pretrial order, motions in limine, or exchange all trial exhibits may result in this case being dismissed or other sanctions imposed, in accordance with all applicable rules.

7. November/December 2025 — TRIAL TERM.

**All documents filed must be 14 point font, double spaced with not less than one inch margins.**

SIGNED on 4/29/25

*David Hittner*

DAVID HITTNER
United States District Judge