# EXHIBIT Y

Case 4:23-cv-04686   Document 65-25   Filed on 09/26/25 in TXSD   Page 1 of 4

9/30/2024 11:02 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 92588673
By: SHANNON NORTH-GONZALEZ
Filed: 9/30/2024 11:02 AM

For Official Governmental Use Only - Do Not Disseminate to the Public: 116740667 - Page 1 of 2

## CAUSE NO. 2023-45093

| | | |
|---|---|---|
| **CHRISTOPHER CABRERA,** | § § § | **IN THE DISTRICT COURT OF** |
| *Plaintiff,* | § § | |
| *v.* | § § | **234TH JUDICIAL DISTRICT** |
| **ESTATE OF CHARLES PAYNE,** Deceased, | § § § | |
| *Defendant.* | § § | **HARRIS COUNTY, TEXAS** |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be considered the above-entitled and numbered cause. The parties, through their attorneys, have announced to the Court that all matters in controversy between Plaintiff, Christopher Cabrera, and Defendant, Estate of Charles Payne, Deceased, have been fully and finally resolved and settled. Accordingly, the parties request that this case, and all claims of Plaintiff against Defendant be dismissed with prejudice to refiling, with court costs to be paid by the party that incurred the costs.

It is therefore ORDERED, ADJUDGED and DECREED that the above-entitled and numbered cause is dismissed with prejudice, and all claims of Plaintiff, Christopher Cabrera, against Defendant, Estate of Charles Payne, deceased, are dismissed with prejudice to refiling. Court costs are ORDERED paid by the party that incurred the costs.

Signed this _____ day of _____, 2024.

Signed: 9/30/2024    *[signature]*

_____
**JUDGE PRESIDING**

**AGREED AND ENTRY REQUESTED:**

| | |
|---|---|
| **BRUNO LAW GROUP, PLLC.** | **DEREK M. TANNER & ASSOCIATES** |
| BY: _/s/ Kimberly K. Bruno_ | BY: _/s/ Tara Peveto_ |
| KIMBERLY K. BRUNO | Tara Peveto |
| TBN: 24114825 | TBN: 24076621 |
| 2990 Richmond Avenue, Suite 500 | Staff Counsel and Employees of Bluefire |
| Houston, TX 77098 | Insurance Services, Inc. |
| Email: KIM@brunolawgroup.law | 2900 Westfork Drive, Suite 610 |
| Tel. (713) 497-5501 | Baton Rouge, Louisiana 70827 |
| Fax. (713) 497-5671 | Telephone: (409) 549-4149 |
| *Attorney for Plaintiff* | tara.peveto@southeaststaffcounsel.com |
| | *Attorney for Defendant* |

For Official Governmental Use Only - Do Not Disseminate to the Public: 116740667 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   September 2, 2025

Certified Document Number:        116740667 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**