IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARRIET PAYNE, *et. al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-23-4686 |
| | § | |
| CITY OF HOUSTON, TEXAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court are Defendant City of Houston's Rule 56 Motion for Summary Judgment (Document No. 64) and Plaintiffs' Motion to Strike and Exclude the Testimony of City of Houston's Expert Dr. Kenneth Alan Totz (Document No. 69). Having considered the motions, submissions, and applicable law, the Court finds that each motion should be denied. Accordingly, the Court hereby

**ORDERS** that Plaintiffs' Motion to Strike and Exclude the Testimony of City of Houston's Expert Dr. Kenneth Alan Totz (Document No. 69) is **DENIED**. The Court further

**ORDERS** that Defendant City of Houston's Rule 56 Motion for Summary Judgment (Document No. 64) is **DENIED**.

SIGNED at Houston, Texas, on this 28 day of October, 2025.

_____
DAVID HITTNER
United States District Judge