United States District Court
Southern District of Texas
**ENTERED**
October 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HARRIET PAYNE, *et. al.*, § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. H-23-4686 |
| § § | |
| CITY OF HOUSTON, TEXAS, § § | |
| Defendant. § | |

## ORDER

Having considered the operative scheduling order in this matter, the parties' status in the Court's November/December trial term, and the Court's pending criminal and civil dockets, the Court determines that the following trial schedule is appropriate. Accordingly, the Court hereby

**ORDERS** that the Final Pretrial Conference in this matter is **RESET** to Tuesday, November 4, 2025, at 2 PM. The Court further

**ORDERS** that a jury trial in this matter will commence on Monday, November 10, 2025, at 10:30AM for the limited purposes of jury selection and opening statements. The Court further

**ORDERS** that trial testimony will commence on Thursday, November 13, at 10:30AM.

SIGNED at Houston, Texas, on this **23** day of October, 2025.

_/s/ David Hittner_
DAVID HITTNER
United States District Judge
