**Honorable David Hittner Presiding**
**Case Manager:** Joseph Wells                    **Court Reporter:** L Smith
**Law Clerk:** MM                                 **Date:** 11/10/2025
**Court Time:** 10:47 – 12:37; 12:49 – 1:17; 2:08 – 3:44; 4:04 – 5:34

### Case No. 4:23-cv-04686

| Harriet Payne, et al | § | **Counsel:** Paul Grinke, Aaron Dekle, Carl Evans, |
| | § | Brooke Cluse, Sarah Courtney, |
| **Vs.** | § | Marvin Agumagu |
| | § | |
| City of Houston, Texas | § | **Counsel:** Christy Martin, Jacqueline Leguizamon |

### FIRST DAY OF JURY TRIAL

☒ Voir dire begins
☒ Jury impaneled
☒ Jury trial held
☒ Opening Statements
☒ Plaintiff evidence presented                    ☐ Defendant evidence presented
☐ Motion heard:
    ☐ Pltf          ☐ Deft          ☐ Granted          ☐ Denied
☐ Motion heard:
    ☐ Pltf          ☐ Deft          ☐ Granted          ☐ Denied
☐ Motion heard:
    ☐ Pltf          ☐ Deft          ☐ Granted          ☐ Denied
☐ Motion heard:
    ☐ Pltf          ☐ Deft          ☐ Granted          ☐ Denied
☐ Motion heard:
    ☐ Pltf          ☐ Deft          ☐ Granted          ☐ Denied
☐ Evidence concluded
☐ Court's charge to the jury                    ☐ Final Arguments
☐ Jury deliberating
☐ Jury verdict:
☐ Trial ends
☒ Trial Continued: Thursday, November 13, 2025 at 10:30 AM
Witnesses: Stephen Irwin, Harriet Payne,
Exhibits: PX 1, 2, 3, 6, 14, 29, 30, 36, 43, 80,
Other: