UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Harriet Payne et al | § § | |
| v. | § § | Civil Action H-23-4686 |
| City of Houston, Texas | § § | |

JURY NOTE # 1

THE EXHIBITS DON'T CONTAIN SOME REPORTS THAT WE EXPECTED TO FIND:

AUTOPSY REPORT — P's EXHIBIT 8

IAB REPORTS FROM THE OTHER OFFICERS "IAD" **NOT IN EVIDENCE**

NOT SURE IF DARCY'S REPORT WAS ADMITTED AS EVIDENCE. **NOT IN EVIDENCE**

D. Hittner    11/18/25