UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Harriet Payne et al | § § § § § § | |
| v. | | Civil Action H-23-4686 |
| City of Houston, Texas | | |

JURY NOTE # 2

CAN WE GET A TRANSCRIPT OF OFFICER CABRERA + DUPLECHAIN'S TESTIMONY

Please indicate which portions of the testimonies are in question and we will attempt to find that portion for the jury.

*David Hittner*
11/20/25