**Honorable David Hittner Presiding**
**Case Manager:** Joseph Wells          **Court Reporter:** L Smith
**Law Clerk:** MM                       **Date:** 11/20/2025
**Court Time:** 2:51 – 3:02

## Case No. 4:23-cv-04686

| | | |
|---|---|---|
| Harriet Payne, et al | § | **Counsel:** Paul Grinke, Aaron Dekle, Carl Evans, |
| | § | Brooke Cluse, Sarah Courtney, |
| **Vs.** | § | Marvin Agumagu |
| | § | |
| City of Houston, Texas | § | **Counsel:** Christy Martin, Melissa Azadeh |

### EIGHTH DAY OF JURY TRIAL

- ☐ Voir dire begins
- ☐ Jury impaneled
- ☒ Jury trial held
- ☐ Opening Statements
- ☐ Plaintiff evidence presented        ☐ Defendant evidence presented
- ☐ Motion heard:
    - ☐ Pltf    ☐ Deft    ☐ Granted    ☐ Denied
- ☐ Motion heard:
    - ☐ Pltf    ☐ Deft    ☐ Granted    ☐ Denied
- ☐ Motion heard:
    - ☐ Pltf    ☐ Deft    ☐ Granted    ☐ Denied
- ☐ Motion heard:
    - ☐ Pltf    ☐ Deft    ☐ Granted    ☐ Denied
- ☐ Motion heard:
    - ☐ Pltf    ☐ Deft    ☐ Granted    ☐ Denied
- ☐ Evidence concluded
- ☐ Court's charge to the jury          ☐ Final Arguments
- ☒ Jury deliberating
- ☒ Jury verdict: 1 – Yes; 2 – Yes; 3 - $6,000,000; 4 - $7,000,000
- ☒ Trial ends
- ☐ Trial Continued:

Witnesses:
Exhibits:
Other: