UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Harriet Payne et al | § § § | |
| v. | § § | Civil Action H-23-4686 |
| City of Houston, Texas | § | |

JURY NOTE # 2

CAN WE GET A TRANSCRIPT OF OFFICER CABRERA + DUPLECHAIN'S TESTIMONY

Please indicate which portions of the testimonies are in question and we will attempt to find that portion for the jury.

David Hittner
11/20/25

WE NEED ALL OF DUPLECHAIN'S TESTIMONY ABOUT HIS TIME AT RISK MANAGEMENT, VEHICLE CRIME DIVISION, AND HIS ATTEMPT TO SET UP AN AUDIT ON SPEEDS AND OTHER WAYS TO AUDIT OFFICER SPEEDS. HIS DESCRIPTION OF THE POLICY AND HOW IT IS APPLICABLE AS WELL.

ON OFFICER CABRERA, WE NEED HIS ACTIONS OF THE DAY OF THE ACCIDENT, HIS UNDERSTANDING OF THE HPD POLICY, AND ANY DISCIPLINARY ACTIONS.