# CAD Event History for Incident # 172407721

| Incident | Disp Group | Priority | Entry Date | Clear Date | Informant | Informant Address | Inf Phone |
|---|---|---|---|---|---|---|---|
| 172407721 | PNS-Nosrth Mic | 2 | 12/26/2021 5:52:03 AM | 12/26/2021 12:09:25 PM | ▮ | 2824 N MAIN ST - SW | ▮ |

| Dispatched Date | Enroute Date | On-Scene Date | Time @Scene | Key Map | Long / Lat | Business Name |
|---|---|---|---|---|---|---|
| 12/26/2021 5:54:36 AM | 12/26/2021 5:54:36 AM | 12/26/2021 5:58:52 AM | 10 | 453K | -95.384391 / 29.833506 | N/B ON FWY |

| Final Call Type | Location | Block | Beat | Closing Unit | Officer | Disposition |
|---|---|---|---|---|---|---|
| 2464-DWI/TELEPHONE RPT/FOLLOW | NIH45OB-AIRLNE @ 4690 N IH 45 FWY OB ,HO 77022 | 3B50 | 3B50 | | | ORI-Report Made |

## Units Responding

| Unit | Dispatch Date | Enroute Date | On-Scene Date | Clear Date | Officers |
|---|---|---|---|---|---|
| 3B57N | 12/26/2021 5:54:36 AM | 12/26/2021 5:54:36 AM | | 12/26/2021 5:58:52 AM | ▮ Rooel Gonzalez |
| 3B57N | 12/26/2021 5:58:52 AM | | 12/26/2021 5:58:52 AM | 12/26/2021 8:01:52 AM | ▮ Rooel Gonzalez |
| 6B11N | 12/26/2021 6:01:52 AM | | 12/26/2021 6:01:52 AM | 12/26/2021 7:24:47 AM | ▮ Enid Solo # |
| 6B30D | 12/26/2021 6:45:51 AM | | 12/26/2021 7:30:06 AM | 12/26/2021 12:02:07 PM | Christopher Cabrera |



\* Available after 7/12/2019

## Comments*

| Entry Date | Comments |
|---|---|
| 12/26/2021 5:52:03 AM | (Click Continue) YES - CALLER IS FOLLOWING THE DWI VEHICLE. VEHICLE IS ON THE FREEWAY. |
| 12/26/2021 5:52:29 AM | CLLR IS FOLLOWING AN INTOXICATED DRIVER ...SUSP VEH WHT LEXUS UNK MODEL ...LP# PFX4985...TX |
| 12/26/2021 5:53:53 AM | CLLR IS IN A SILV DODGE CHARGER |
| 12/26/2021 5:54:24 AM | NB 45 APPROACHING AIRLINE |
| 12/26/2021 5:54:39 AM | EXITING AIRLNE FROM 45 NB |
| 12/26/2021 5:55:49 AM | WB ON AIRLINE |
| 12/26/2021 5:57:06 AM | APPROACHING TIDWELL  AND AIRLINE |
| 12/26/2021 5:57:25 AM | AIRLINE E BURRESS RED LIGHT |
| | APPOACHING |



DEFENDANT'S EXHIBIT #6 4:23-CV-04686

COH Payne 000442

# CAD Event History for Incident # 172407721

12/26/2021 6:15:42 AM

```
[Msg #148334443]
Received 12/26/21  06:14:52  For unit 3B57N
AUB4.XX220X.KVR0075.

44304154
REGX.TXMVDW000.AUB4.
TXT
LIC PFX4985 FEB/2022 OLD # CRX4464 JAN/2021 EWT  3700 GWT  3700
PASSENGER-TRUCK PLT, STKR       REG CLASS 02  $ 74.75 HARRIS CNTY
TITLE 22039644261250211 ISSUED 03/16/2021 ODOMETER N/A REG DT 03/08/2021
2007,LEXS,G35,4D,JTHBE96S970015533,PASS,COLOR: WHI,COMM IMPED: N  PRICE  $ 998
PREV TTL: JUR TX TTL # 05701739124154504 ISSUE 02/22/2007
PREV OWN  AUTONATION HYUNDAI NORTH,NORTH RICHL,TX
OWNER    LESLIE MORALES,ID#=N/A,,
         8137 HAMLET ST,,HOUSTON,TX,77078
LIEN    01/14/2021,WELLS FARGO AUTO,,PO BOX 997517,,SACRAMENTO,CA,95899
PLATE AGE: 0  LAST ACTIVITY 03/15/2021 RLSAUT OFC: 297
REMARKS DATE OF ASSIGNMENT:2021/01/14.E-TITLE.
MRI: 44304154 IN: MVDWS 15297 AT 26DEC2021 06:14:45
OUT: AUB4 364 AT 26DEC2021 06:14:45
```

## Incident Segment

| Segment Date | Type | DETAIL |
|---|---|---|
| 12/26/2021 5:52:03 AM | ENTRY | |
| 12/26/2021 5:52:03 AM | DTFLW | DETAILS TO FOLLOW |
| 12/26/2021 5:50:43 AM | LOCVER | |
| 12/26/2021 5:51:21 AM | SPI | (Start) |
| 12/26/2021 5:51:21 AM | SPI | (Stmnt) DWI SINS |
| 12/26/2021 5:51:22 AM | SPI | (Select) (Click Continue) {DWI-1} |
| 12/26/2021 5:51:22 AM | SPI | (Stmnt) ARE YOU FOLLOWING THE DWI VEHICLE? |
| 12/26/2021 5:51:23 AM | SPI | (Select) YES - CALLER IS FOLLOWING THE DWI VEHICLE. {DWI-2} |
| 12/26/2021 5:51:24 AM | SPI | (Stmnt) ARE YOU ON THE FREEWAY, FEEDER OR STREET? |
| 12/26/2021 5:51:30 AM | SPI | (Select) VEHICLE IS ON THE FREEWAY. {DWI-2464} |
| 12/26/2021 5:51:31 AM | SPI | (Stmnt) CLICK "ACCEPT" TO OBTAIN POLICE RESPONSE CALL CODE, THEN CLICK "CONTINUE" FOR FURTHER INSTRUCTIONS. |
| 12/26/2021 5:51:31 AM | SPI | (Accept) 2464 |
| 12/26/2021 5:51:32 AM | SPI | (Select) - - - - - - - - - - - - -{PCITIZ1} |
| 12/26/2021 5:51:32 AM | SPI | (Stmnt) IF THE CALLER IS FOLLOWING A SUSPECT DO THE FOLLOWING¿¿¿¿¿ |
| 12/26/2021 5:51:33 AM | SPI | (End) |

COH Payne 000443

# CAD Event History for Incident # 172407721

| Timestamp | Code | Details |
|---|---|---|
| 12/26/2021 5:52:29 AM | DTFLW | DETAILS TO FOLLOW |
| 12/26/2021 5:52:29 AM | CHNG | Remarks Entered;Location: NIH45OB-N MAIN ST @ 1996 N IH 45 FWY OB ,HO ^77009 ==> NIH45OB-IH6100B @ 3512 N IH 45 FWY OB ,HO ^77022 ;Atom: 2A10 ==> 3B50;Map: 493C ==> 453T;RespArea: 2A10 ==> 3B50;CUR DG: PCN ==> PNS;LOC DG: PCN ==> PNS; |
| 12/26/2021 5:52:41 AM | DTFLW | DETAILS TO FOLLOW |
| 12/26/2021 5:52:41 AM | CHNG | Location: NIH45OB-IH6100B @ 3512 N IH 45 FWY OB ,HO ^77022 ==> NIH45OB-AIRLINE @ 4690 N IH 45 FWY OB ,HO ^77022 ;Map: 453T ==> 453K; |
| 12/26/2021 5:52:48 AM | MISC | GB'D (command: M) |
| 12/26/2021 5:53:43 AM | MISC | GBD (command: M) |
| 12/26/2021 5:53:53 AM | CHNG | Remarks Entered; |
| 12/26/2021 5:54:24 AM | CHNG | Remarks Entered; |
| 12/26/2021 5:54:36 AM | DE | 3B57N (P) |
| 12/26/2021 5:54:36 AM | PRIUNI | 3B57N |
| 12/26/2021 5:54:39 AM | CHNG | Remarks Entered; |
| 12/26/2021 5:55:49 AM | CHNG | Remarks Entered; |
| 12/26/2021 5:57:06 AM | CHNG | Remarks Entered; |
| 12/26/2021 5:57:25 AM | CHNG | Remarks Entered; |
| 12/26/2021 5:58:52 AM | AUTPRE | 3B57N |
| 12/26/2021 6:02:14 AM | HOLD | Event held for unit: 3B57N |
| 12/26/2021 6:02:22 AM | MISC | 3B57N PUT HIMSELF ON TS ON THIS DWI (command: M) |
| 12/26/2021 6:14:03 AM | DOS | 3B57N (P) [5896 AIRLINE],TS |
| 12/26/2021 6:14:03 AM | PRIUNI | 3B57N |
| 12/26/2021 6:14:31 AM | ASSTOS | 6B11N (P) [5896 AIRLINE] |
| 12/26/2021 6:14:35 AM | OK | 3B57N, TIMER CLEARED |
| 12/26/2021 6:14:35 AM | OK | 6B11N, TIMER CLEARED |
| 12/26/2021 6:14:58 AM | DUP | #P172408521-U, . |
| 12/26/2021 6:15:42 AM | APND | 3B57N,MsgId=148334443-[Msg #148334443] Received 12/26/21 06:14:52  For unit 3B57N AUB4.XX220X.KVR0075. 44304154 REGX.TXMVDW000.AUB4. TXT LIC PFX4985 FEB/2022 OLD # CRX4464 JAN/2021 EWT 3700 GWT 3700 PASSENGER-TRUCK P |
| 12/26/2021 6:45:51 AM | ASST | 6B30D (P) [5896 AIRLINE],RELF |
| 12/26/2021 6:45:57 AM | ACK | 6B30D,VOICED |
| 12/26/2021 7:01:38 AM | ONS | 6B30D |

COH Payne 000444

# CAD Event History for Incident # 172407721

| | | |
|---|---|---|
| 12/26/2021 7:13:53 AM | OK | 6B30D, TIMER CLEARED ,1 MALE IN BACK |
| 12/26/2021 7:17:46 AM | TRNS | 6B30D[JPC INTOX W/ 1 MALE] |
| 12/26/2021 7:18:04 AM | OK | 6B11N, TIMER CLEARED ,3B01D AUTH OT |
| 12/26/2021 7:24:47 AM | CLEAR | 6B11N |
| 12/26/2021 7:30:06 AM | ONS | 6B30D |
| 12/26/2021 7:46:02 AM | OK | 6B30D, TIMER CLEARED |
| 12/26/2021 8:01:52 AM | CLEAR | 3B57N  D/SUP |
| 12/26/2021 12:02:07 PM | AUTPRE | 6B30D |
| 12/26/2021 12:07:09 PM | EXPIRE | Pending event expired after 5 MIN |
| 12/26/2021 12:09:14 PM | GDISP | D/ORI ,2B |
| 12/26/2021 12:09:25 PM | CANC | . |

## Unit Segment

| Unit | Logon Date | Segment Date | Type | DETAIL |
|---|---|---|---|---|
| 3B57N | 12/25/2021 10:46:29 PM | 12/26/2021 5:54:30 AM | CLEAR | 172370321-C D/ORI |
| 3B57N | 12/25/2021 10:46:29 PM | 12/26/2021 5:54:36 AM | DE | 172407721-M T/2464[NIH45OB-AIRLINE @ 4690 N IH 45 FWY OB ,HO ^77022 ] (P) |
| 3B57N | 12/25/2021 10:46:29 PM | 12/26/2021 5:54:36 AM | PRIUNI | 172407721-M |
| 3B57N | 12/25/2021 10:46:29 PM | 12/26/2021 5:58:52 AM | AUTPRE | 172407721-M |
| 3B57N | 12/25/2021 10:46:29 PM | 12/26/2021 5:58:52 AM | PRIUNI | 172408521-U [5896 AIRLINE DR ,HO ^77076 ] |
| 3B57N | 12/25/2021 10:46:29 PM | 12/26/2021 5:58:52 AM | TSTOP | 172408521-U T/TS [5896 AIRLINE DR ,HO ^77076 ] @PFX4985 |
| 3B57N | 12/25/2021 10:46:29 PM | 12/26/2021 6:02:14 AM | HOLD | 172407721-M Unit Held for Event #: P172407721-M |
| 3B57N | 12/25/2021 10:46:29 PM | 12/26/2021 6:06:34 AM | OK | 172408521-U TIMER CLEARED |
| 3B57N | 12/25/2021 10:46:29 PM | 12/26/2021 6:14:03 AM | AUTPRE | 172408521-U TS |
| 3B57N | 12/25/2021 10:46:29 PM | 12/26/2021 6:14:03 AM | DO | 172407721-M T/2464[5896 AIRLINE] (P) TS |
| 3B57N | 12/25/2021 10:46:29 PM | 12/26/2021 6:14:03 AM | PRIUNI | 172407721-M |
| 3B57N | 12/25/2021 10:46:29 PM | 12/26/2021 6:14:35 AM | OK | 172407721-M TIMER CLEARED |
| 3B57N | 12/25/2021 10:46:29 PM | 12/26/2021 6:15:42 AM | APND | 172407721-M MsgId=148334443-[Msg #148334443] Received 12/26/21  06:14:52  For unit 3B57N  AUB4.XX220X.KVR0075.  44304154 REGX.TXMVDW000.AUB4. TXT LIC PFX4985 FEB/2022 OLD # CRX4464 JAN/2021  EWT  3700 GWT  3700 PASSENGER-TRUCK P |
| 3B57N | 12/25/2021 10:46:29 PM | 12/26/2021 8:01:52 AM | CLEAR | 172407721-M D/SUP |
| 6B11N | 12/25/2021 10:46:29 PM | 12/26/2021 6:01:47 AM | CLEAR | 172397121-K D/ORI ,2B |

COH Payne 000445

| Unit | Time 1 | Time 2 | Status | Description |
|------|--------|--------|--------|-------------|
| 6B11N | 12/25/2021 10:46:29 PM | 12/26/2021 6:01:52 AM | ASSTOS | 172408521-U [5896 AIRLINE DR ,HO ^77076 ] (P) |
| 6B11N | 12/25/2021 10:46:29 PM | 12/26/2021 6:06:34 AM | OK | 172408521-U TIMER CLEARED |
| 6B11N | 12/25/2021 10:46:29 PM | 12/26/2021 6:13:01 AM | OK | 172408521-U TIMER CLEARED |
| 6B11N | 12/25/2021 10:46:29 PM | 12/26/2021 6:14:22 AM | PREMP | 172408521-U DUP |
| 6B11N | 12/25/2021 10:46:29 PM | 12/26/2021 6:14:31 AM | ASSTOS | 172407721-M [5896 AIRLINE] (P) |
| 6B11N | 12/25/2021 10:46:29 PM | 12/26/2021 6:14:35 AM | OK | 172407721-M TIMER CLEARED |
| 6B11N | 12/25/2021 10:46:29 PM | 12/26/2021 7:18:04 AM | OK | 172407721-M TIMER CLEARED ,3801D AUTH OT |
| 6B11N | 12/25/2021 10:46:29 PM | 12/26/2021 7:24:47 AM | CLEAR | 172407721-M |
| 6B30D | 12/26/2021 6:20:26 AM | 12/26/2021 6:20:26 AM | AVL | |
| 6B30D | 12/26/2021 6:20:26 AM | 12/26/2021 6:20:26 AM | LOGON | S/DE G/PNS R/6B30 O/162084 |
| 6B30D | 12/26/2021 6:20:26 AM | 12/26/2021 6:21:33 AM | OUTSER | T/LOAD , SOX1 |
| 6B30D | 12/26/2021 6:20:26 AM | 12/26/2021 6:45:51 AM | ASST | 172407721-M [5896 AIRLINE],RELF (P) |
| 6B30D | 12/26/2021 6:20:26 AM | 12/26/2021 6:45:51 AM | AUTPRE | RELF |
| 6B30D | 12/26/2021 6:20:26 AM | 12/26/2021 6:45:57 AM | ACK | 172407721-M VOICED |
| 6B30D | 12/26/2021 6:20:26 AM | 12/26/2021 6:50:38 AM | LOGONM | S/DE G/PNS R/6B30 O/162084 ,Odom/ 85006, Cmt/ /VEHCND[Y] /SUPNOT[              ] /NOTES[              ] |
| 6B30D | 12/26/2021 6:20:26 AM | 12/26/2021 7:01:38 AM | ONS | 172407721-M |
| 6B30D | 12/26/2021 6:20:26 AM | 12/26/2021 7:13:53 AM | OK | 172407721-M TIMER CLEARED ,1 MALE IN BACK |
| 6B30D | 12/26/2021 6:20:26 AM | 12/26/2021 7:17:46 AM | TRNS | 172407721-M [JPC INTOX W/ 1 MALE] |
| 6B30D | 12/26/2021 6:20:26 AM | 12/26/2021 7:30:06 AM | ONS | 172407721-M |
| 6B30D | 12/26/2021 6:20:26 AM | 12/26/2021 7:46:02 AM | OK | 172407721-M TIMER CLEARED |
| 6B30D | 12/26/2021 6:20:26 AM | 12/26/2021 12:02:07 PM | AUTPRE | 172407721-M |
| 6B30D | 12/26/2021 6:20:26 AM | 12/26/2021 12:02:07 PM | PRIUNI | 172476221-V [4600 N SHEPHERD DR ,HO ^77018 ] |
| 6B30D | 12/26/2021 6:20:26 AM | 12/26/2021 12:02:07 PM | SELF | 172476221-V T/2450 [4600 N SHEPHERD DR ,HO ^77018 ] |

COH Payne 000446