

### High Injury Network

The High Injury Network (HIN) represents 9% of Houston streets which account for 58% of traffic deaths and serious injuries [shown as bright purple line segments].

A majority of High Injury Network corridors are in communities with socially vulnerable populations who are more likely to need support before, during and after a natural disaster or public health crisis [shown as orange Census Tracts].

Priority HIN segments are half-mile segments with two or more traffic deaths, five or more severe crashes (deaths or serious injuries), and at least one pedestrian severe crash [shown as dark purple line segments].

### SUPPLEMENTAL INFORMATION

**High Injury Network 2022.** Traffic deaths and serious injuries occurring on Houston streets in a 5-year timeframe between 2018-2022. Crash data extracted from the Texas Department of Transportation Crash Record Information System (TxDOT CRIS) and geocoded based on crash location (latitude and longitude). Streets segmented in 1/2-mile lengths and crash points within 50-ft of a street are spatially joined. Includes corridors with a minimum crash rate (severe crashes per 1/2-mile) of 4. Excludes most



EXHIBIT
PX 52

tabbies.

PLAINTIFFS_000510



### High Injury Network

The High Injury Network (HIN) represents 9% of Houston streets which account for 58% of traffic deaths and serious injuries [shown as bright purple line segments].

A majority of High Injury Network corridors are in communities with socially vulnerable populations who are more likely to need support before, during and after a natural disaster or public health crisis [shown as orange Census Tracts].

Priority HIN segments are half-mile segments with two or more traffic deaths, five or more severe crashes (deaths or serious injuries), and at least one pedestrian severe crash [shown as dark purple line segments].

### SUPPLEMENTAL INFORMATION

High Injury Network 2022. Traffic deaths and serious injuries occurring on Houston streets in a 5-year timeframe between 2018-2022. Crash data extracted from the Texas Department of Transportation Crash Record Information System (TxDOT CRIS) and geocoded based on crash location (latitude and longitude). Streets segmented in 1/2-mile lengths and crash points within 50 ft of street are spatially joined. Includes corridors with a minimum crash rate (severe crashes per 1/2-mile) of 4. Excludes most

PLAINTIFFS_000511

# High Injury Network



**The High Injury Network (HIN)** represents 9% of Houston streets which account for 58% of traffic deaths and serious injuries [shown as bright purple line segments].

**A majority of High Injury Network** corridors are in communities with socially vulnerable populations who are more likely to need support before, during and after a natural disaster or public health crisis [shown as orange Census Tracts].

**Priority HIN segments** are half-mile segments with two or more traffic deaths, five or more severe crashes (deaths or serious injuries), and at least one pedestrian severe crash [shown as dark purple line segments].

### SUPPLEMENTAL INFORMATION

High Injury Network 2022: Traffic deaths and serious injuries occurring on Houston streets in a 5-year timeframe between 2018-2022. Crash data extracted from the Texas Department of Transportation Crash Record Information System (TxDOT CRIS) and geocoded based on crash location (latitude and longitude). Streets segmented in 1/2-mile lengths and crash points within 50-ft of a street are spatially joined. Includes corridors with a minimum crash rate (severe crashes per 1/2-mile) of 4. Excludes most

PLAINTIFFS_000512



### High Injury Network

The High Injury Network (HIN) represents 9% of Houston streets which account for 58% of traffic deaths and serious injuries [shown as bright purple line segments].

A majority of High Injury Network corridors are in communities with socially vulnerable populations who are more likely to need support before, during and after a natural disaster or public health crisis [shown as orange Census Tracts].

Priority HIN segments are half-mile segments with two or more traffic deaths, five or more severe crashes (deaths or serious injuries), and at least one pedestrian severe crash [shown as dark purple line segments].

### SUPPLEMENTAL INFORMATION

**High Injury Network 2022.** Traffic deaths and serious injuries occurring on Houston streets in a 5-year timeframe between 2018-2022. Crash data extracted from the Texas Department of Transportation Crash Record Information System (TxDOT CRIS) and geocoded based on crash location (latitude and longitude). Streets segmented in 1/2-mile lengths and crash points within 50-ft of street are spatially joined. Includes corridors with a minimum crash rate (severe crashes per 1/2-mile) of 4. Excludes most

PLAINTIFFS_000513