United States District Court
Southern District of Texas

**ENTERED**

January 26, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARRIET PAYNE, *et. al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-23-4686 |
| | § | |
| CITY OF HOUSTON, TEXAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court are Defendant City of Houston's Rule 50 Renewed

Motion for Judgment as a Matter of Law (Document No. 136) and Defendant City

of Houston's Rule 59 Motion for New Trial (Document No. 137). Having considered

the motions, submissions, and applicable law, the Court finds that both motions

should be denied.[1] Accordingly, the Court hereby

**ORDERS** that Defendant City of Houston's Rule 50 Renewed Motion for

Judgment as a Matter of Law (Document No. 136) is **DENIED**. The Court further

---

[1] Defendant City of Houston contends, in part, that the Court abused its discretion by "exclud[ing] significant evidence regarding periods of separation or estrangement that was directly relevant to the measure of wrongful death damages." *Defendant City of Houston's Rule 59 Motion for New Trial*, Document No. 137 at 2. The Court notes its consideration of Plaintiffs' response contending, in relevant part, that "Defendant cannot complain of prejudice, since Plaintiffs offered . . . one of Payne's children to testify about the meaning of the alleged separation." *Plaintiffs' Response to City of Houston's Rule 59 Motion for New Trial*, Document No. 141 at 7 (citing Trial Tr. Day 4, 67:12–69:17 (4:39–4:43PM)). The Court notes Defendant declined the opportunity to elicit this evidence on the record in open court during the Court's jury charge conference. *See* Trial Tr. Day 4, 67:12–69:17 (4:39–4:43PM).

**ORDERS** Defendant City of Houston's Rule 59 Motion for New Trial

(Document No. 137) is **DENIED**.

SIGNED at Houston, Texas, on this **23** day of January, 2026.

DAVID HITTNER
United States District Judge